# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTY VASQUEZ,** | Case No.: 1:12-CV-01060-LJO-DLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE AUGUST 28, 2012 SCHEDULING CONFERENCE** |
| **VAN RU CREDIT CORPORATION,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the parties' counsel's request to appear telephonically at the hearing on Initial Case Management Conference on August 28, 2012, is hereby granted.

IT IS SO ORDERED.

Dated:   **August 20, 2012**            /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE