1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

**CHRISTY VASQUEZ,**                                  ) Case No.: 1:12-CV-01060-LJO-DLB
                                                      )
11   Plaintiff,                                       )
                                                      )
12          vs.                                       ) **ORDER GRANTING REQUEST**
                                                      ) **TO APPEAR TELEPHONICALLY**
13                                                    ) **AT THE AUGUST 28, 2012**
                                                      ) **SCHEDULING CONFERENCE**
14   **VAN RU CREDIT CORPORATION,** )
                                                      )
15   Defendant.                                       )
                                                      )
16   _____ )

17

18          IT IS HEREBY ORDERED that the parties' counsel's request to appear

19   telephonically at the hearing on Initial Case Management Conference on August

20

21   28, 2012, is hereby granted.

22

23
     IT IS SO ORDERED.
24

25       Dated:   __**August 20, 2012**__                __/s/ *Dennis L. Beck*__
                                                         UNITED STATES MAGISTRATE JUDGE
26

27

28