Todd M. Friedman (SBN 216752)
Nicholas J. Bontrager (SBN 252114)
Suren N. Weerasuriya (SBN 278521)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**CHRISTY VASQUEZ,**

Plaintiff,

     vs.

**VAN RU CREDIT CORPORATION,**

Defendant.

CASE NO.: 1:12-CV-01060-LJO-DLB

**NOTICE OF SETTLEMENT**

     NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Motion for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of May, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff


Filed electronically on this 8th day of May, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dennis L. Beck
United States District Court
Eastern District of California

Patrik Johansson
Lewis Brisbois Bisgaard & Smith, LLP
221 N.Figueroa
Suite 1200
Los Angeles CA 90012
Attorney for Defendant

This 8th day of May, 2013.

s/Todd M. Friedman
Todd M. Friedman