UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY VASQUEZ,<br><br>              Plaintiff,<br>     vs.<br><br>VAN RU CREDIT CORPORATION,<br><br>              Defendant.<br>_____/ | CASE NO. CV F 12-1060 LJO SAB<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 14.) |

Plaintiff's counsel filed papers to indicate this action has settled and to request up to 60 days to file papers to dismiss this action. Plaintiff's counsel fail to explain the need for such a lengthy time to complete settlement and to file papers to dismiss this action. This Court sees no need for such a delay to complete settlement and to file papers to dismiss this action. As such, this Court ORDERS the parties, **no later than June 21, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the September 25, 2013 pretrial conference and November 5, 2013 trial. The pretrial conference and trial are subject to immediate resetting if the parties fail to complete settlement.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **May 9, 2013**                    /s/  Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE