# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTY VASQUEZ,** | Case No. 1:12-CV-01060-LJO-DLB |
| Plaintiff, | **ORDER** |
| vs. | |
| **VAN RU CREDIT CORPORATION,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **June 21, 2013**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1